United States District Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TUNJI JEMI-ALADE III,<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:25-cv-03176 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| SOCIAL SECURITY<br>ADMINISTRATION,<br>Defendant. | §<br>§<br>§ | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Plaintiff Tunji Jemi-Alade III proceeds here *pro se*. He filed this lawsuit, seeking judicial review of the decision by the Administrative Law Judge that he wasn't required to reimburse the Social Security Administration for purported overpayment of benefits. Dkt 8. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 5.

Plaintiff frames his complaint as a request for judicial review. But he ultimately seeks a determination that he is not disabled and an order that the SSA provide him documents allowing him access to a bank account located in his name. Dkt 8 at 4–5.

Pending is a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure by Defendant Commissioner of Social Security. Dkt 11. It maintains that Plaintiff hasn't exhausted his administrative remedies pursuant to 20 CFR §404.900(a), thus requiring dismissal without prejudice. Id at 4–5.

Judge Bryan recommends that the motion to dismiss be granted for failure to exhaust the SSA administrative

procedures prior to seeking judicial review of the ALJ's decision.  Dkt 13.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 13.

The motion to dismiss by Defendant Commissioner of Social Security is GRANTED. Dkt 11.

All claims are DISMISSED WITHOUT PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on June 12, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge